IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-215-D
No. 5:15-CV-669-D

| | | |
|---|---|---|
| RAMARA ANTONIO COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court GRANTS Ramara Antonio Cox's motion to vacate his conviction under 28 U.S.C. § 2255. See [D.E. 32]; cf. [D.E. 36]. Cox's conviction [D.E. 20] is VACATED. The United States shall release Cox.

SO ORDERED. This **29** day of February 2016.

JAMES C. DEVER III
Chief United States District Judge